351-08/PJG/BGC
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Barbara G. Carnevale (BC 1651)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

W-O Marine Pte. Ltd.,

            Plaintiff,

- against -

TRADHOL INTERNACIONAL S.A.
a/k/a TRADHOL INTERNATIONAL, SPAIN,

            Defendant.
-----------------------------------------------------------------x

08 Civ.

**RULE 7.1 STATEMENT**

    The Plaintiff, W-O Marine Pte. Ltd. by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
         June 25, 2008

                            FREEHILL HOGAN & MAHAR, LLP
                            Attorneys for Plaintiff

                      By: _____
                          Peter J. Gutowski (PG 2200)
                          Barbara G. Carnevale (BC 1651)
                          80 Pine Street
                          New York, NY 10005
                          Telephone: (212) 425-1900
                          Fax: (212) 425-1901

NYDOCS1/307351.1