```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/08
```

351-08/PJG/BGC
FREEHILL HOGAN & MAHAR,LLP
Attorneys for Plaintiff
W-O MARINE PTE. LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Barbara G. Carnevale (BC 1651)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
W-O MARINE PTE. LTD.,

                   Plaintiff,

- against –

TRADHOL INTERNACIONAL S.A.
a/k/a TRADHOL INTERNATIONAL, SPAIN,

                   Defendant.
------------------------------------------------------------x

08 Civ. 5712 (WHP)

**STIPULATION AND ORDER DISMISSING ACTION AND VACATING ATTACHMENT**

On application of the Plaintiff, the Defendant not having appeared, answered or filed a motion for summary judgment, the above-entitled action is hereby discontinued pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) without costs and the attachment issued in this action pursuant to Supplemental Rule B is vacated and withdrawn. Any garnishee holding any funds pursuant to the attachment is hereby directed to release the funds from attachment.

Dated: New York, NY
       ~~July    , 2008~~

So Ordered:

_____
U.S.D.J.
8/15/08

Plaintiff hereby consents to entry of this Stipulation and Order.

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
W-O MARINE PTE. LTD.

By: _____
    Peter J. Gutowski (PG-2200)
80 Pine Street
New York, New York 10005
(212) 425-1900
gutowski@freehill.com